```
FILED _____
LODGED _____
RECEIVED _____

APR 3 0 2010

MARK L. HATCHER
CLERK U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA
_____ DEPUTY
```

ROUTH CRABTREE OLSEN, P.S. Honorable Judge Paul B. Snyder
3535 FACTORIA BLVD. SE, SUITE 200 Chapter 7
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121
FACSIMILE (425) 458-2131

Hearing Location: Vancouver
Hearing Date: May 4, 2010
Hearing Time: 9:00 am
Response Date: April 27, 2010

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>Jeffrey A Dorshkind<br>Maria G Dorshkind<br><br>Debtors. | No.: 10-40807-PBS<br><br>ORDER GRANTING RELIEF FROM STAY<br>To U.S. Bank, N.A. |

This matter came before the Court upon U.S. Bank, N.A.'s motion for relief from stay. It appears for the reasons stated in the motion that the stay should be lifted as to enforcement of the deed of trust that is the subject of U.S. Bank, N.A.'s motion and further as to the property located at 2308 SW 11th Circle, Battle Ground, Washington 98604 ("Property") and legally described as set forth in the Deed of Trust attached as an exhibit to the motion. NOW, THEREFORE, IT IS HEREBY:

ORDERED that, pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated as to U.S. Bank, N.A., its successors and assigns, so that it may pursue its state remedies to enforce its security interest in the Property and/or as to enforcement of the deed of trust that is the subject of U.S. Bank, N.A.'s motion. Creditor, its successors and assigns, may, at its option, offer, provide and enter into any potential forbearance agreement, loan modification, refinance agreement or other loan workout/loss mitigation agreement and may contact the Debtor via telephone or written

Order Granting Relief From Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131

Case 10-40807-PBS    Doc 15    Filed 04/29/10    Entered 04/29/10 15:02:30    Page 1 of 2

correspondence to offer such an agreement, which shall be non-recourse unless included in a reaffirmation agreement.

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

APR 3 0 2010

_____
U.S. Bankruptcy Judge Paul B. Snyder

Presented by:
**ROUTH CRABTREE OLSEN, P.S.**

/s/ Aaron Masser
_____
Aaron Masser, WSBA# 32692
Attorneys for Creditor

Order Granting Relief From Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ♦ FACSIMILE (425) 458-2131